# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EDWARED JOSEPH BAKER, | : |
| Petitioner, | : |
| | : CIVIL ACTION NO. 17-00430-WS-C |
| vs. | : CRIMINAL NO. 15-0212-WS-N |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 12, 2019, is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of August, 2019.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**